RECEIVED

AUG 3 0 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE DIVISION**

| | |
|---|---|
| **HENRY ALVAREZ-CUEVAS**<br>**FED. REG. #20780-069**<br>VS. | **CIVIL ACTION NO. 6:10-cv-0341**<br><br>**SECTION P**<br><br>**JUDGE DOHERTY** |
| **SHAREHOLDERS, PINE PRAIRIE**<br>**CORRECTIONAL CENTER, ET AL.** | **MAGISTRATE JUDGE HANNA** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Defendants' Motion to Dismiss [Doc. #12] plaintiff's civil rights complaint be **GRANTED** and that the complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted pursuant to the provisions of 28 U.S.C. §§1915(e)(2)(B)(i) and 1915A(b)(1) and Rule 12(b) of the Federal Rules of Civil Procedure;

**IT IS FURTHER ORDERED** that plaintiff's Motion for Summary Judgment [Doc. #17] be **DENIED**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 30 day of August, 2010.

REBECCA F. DOHERTY
**UNITED STATES DISTRICT JUDGE**